Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street
Suite 1800
Los Angeles, California 90071
Telephone: (213) 340-5796

Attorneys for Plaintiff
EDWIN BLANCO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| EDWIN BLANCO, | Case No.: 2:25-cv-4463 SPG (AGRx) |
|---|---|
| *Plaintiff*, | *Hon. Sherilyn Peace Garnett* |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| JENNIFER LOPEZ, | |
| *Defendant*. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Edwin Blanco hereby voluntarily dismisses the above-captioned action in its entirety, against all parties. The dismissal is with prejudice, and the parties bear their own fees and costs.

Dated: June 28, 2025

Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By:   /s/ Peter Perkowski
Peter E. Perkowski

Attorneys for Plaintiff
EDWIN BLANCO